IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN B. BARRON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:15-CV-2454-RWS-CMS |
| OFFICER SIMPSON, et al., : | |
| : | |
| Defendant. : | |
| _____ : | _____ |
| : | |
| STEPHEN B. BARRON, : | |
| : | |
| Plaintiff, : | |
| : | |
| : | CIVIL ACTION NO. |
| v. : | 1:15-CV-2916-RWS-CMS |
| : | |
| OFFICER PORTER, : | |
| : | |
| Defendant. : | |

**ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Catherine M. Salinas in Civil Action No. 1:15-CV-2454 [Doc. No. 5] and the Report and Recommendation of Magistrate Judge Catherine M. Salinas in Civil Action No. 1:15-CV-2916 [Doc. No. 4]. No objections have been filed thereto. Having carefully considered the records and the Report and Recommendations, the Report and Recommendations [Doc. Nos. 5 and 4] are

hereby approved and adopted as the opinion and order of this Court.

As such, these cases are consolidated, and the Clerk is DIRECTED to docket the Complaint in the -2916 case as a Supplement to the Complaint in the -2454 case. The Clerk is then DIRECTED to administratively close the -2916 action. Plaintiff is allowed to proceed on his claims against Officer Simpson. Plaintiff's claims against unnamed medical unit staff and Officer Porter are DISMISSED without prejudice.

**SO ORDERED**, this 10th day of February, 2016.

_____
**RICHARD W. STORY**
United States District Judge